JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| ROSIO JIMENEZ-MACIEL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>　　　　　Respondent. | Case No. EDCV 25-00196-ODW(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: October 27, 2025

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE